# CHAPTER 13 TRUSTEE
### OFFICE OF GLENN B STEARNS
### CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD SUITE 650
LISLE IL 60532-4350
PHONE: (630) 981-3888   FAX: (630) 981-3896

February 26, 2015

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds
      Date:       2/26/15
      Amount:     $14,206.89
      Check:      #6313884

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property, Exhibit A, and check #6313884 for the amount of $14,206.89.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the check.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 257.

Thank you for your assistance.

Sincerely yours,


Louise Karmia
Accountant
For Glenn Stearns, Trustee

Enclosures

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases

Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 14-19008 | Setlik, Edwin | Edwin Setlik<br>2827 St Anton Ct<br>Lisle IL 60532 | $6,213.40 | Checks #6310343 & #6310344 not presented within 60 days-unable to locate debtor. |
| 02) | 14-35085 | Jones, Jr, Phillip | Phillip Jones Jr<br>408 W 34th Street Apt 111<br>Steger IL 60475 | $346.12 | Check #6311925 returned bad address-unable to locate debtor. |
| 03) | 13-00231 | Cleveland, Donna | Donna Cleveland<br>265 Shawnee Drive<br>Carol Stream IL 60188 | $9.22 | Check #6311535 not presented within 60 days under $25.00. |
| 04) | 13-02688 | Rohrback, Nicholas A | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>New Lenox IL 60451 | $17.64 | Check #1587730 not presented within 60 days under $25.00. |
| 05) | 13-18654 | Rivera, Joel | Joel Rivera<br>116 Root St<br>Aurora IL 60505 | $1,927.92 | Checks #6310135 & #6310136 not presented within 60 days-unable to locate debtor. |
| 06) | 12-20054 | Fowler, Jonathan | State Collection Service<br>2509 S Stoughton Rd PO Box 6250<br>Madison WI 53716 | $103.90 | Check #1587788 returned cannot ID account-unable to locate creditor. |
| 07) | 12-20054 | Fowler, Jonathan | State Collection Service<br>2509 S Stoughton Rd PO Box 6250<br>Madison WI 53716 | $0.78 | Check #1593279 returned cannot ID account-unable to locate creditor. |
| 08) | 12-20054 | Fowler, Jonathan | State Collection Service<br>2509 S Stoughton Rd PO Box 6250<br>Madison WI 53716 | $4.68 | Check #1593279 returned cannot ID account-unable to locate creditor. |
| 09) | 12-20054 | Fowler, Jonathan | State Collection Service<br>2509 S Stoughton Rd PO Box 6250<br>Madison WI 53716 | $4.00 | Check #1593279 returned cannot ID account-unable to locate creditor. |
| 10) | 11-01106 | Breazeale III, William T | Allied Cash Advance<br>7955 NW 12th St #300<br>Doral FL 33126 | $578.53 | Checks #1518017 & #6305842 returned bad address-unable to locate creditor. |
| 11) | 11-12447 | Leon-Martinez, Pedro | NCO Financial Systems<br>507 Prudential Rd<br>Horsham PA 19044 | 1066.37 | Checks #1480311 & #6312255 returned cannot ID account-unable to locate creditor. |
| 12) | 11-23422 | Wade, Dominic | Dominic Wade<br>412 S State St Unit A<br>Aurora IL 60505 | $1.35 | Check #6311569 not presented within 60 days under $25.00. |
| 13) | 11-26809 | Black, Eugene<br>Black, Lena Mae | Global Acceptance Credit<br>PO Box 172800<br>Arlington TX 76003 | $1,565.29 | Check #1553294 returned bad address-unable to locate creditor. |
| 14) | 11-39420 | Marietta, Scott M<br>Marietta, Debra M | Scott M & Debra M Marietta<br>8725 E Pheasant<br>Wilmington IL 60481 | $0.63 | Check #6311064 not presented within 60 days under $25.00. |
| 15) | 11-40057 | Johnson, Michael L<br>MaisonetJohnson, Aileen N | Account Recovery Service<br>3031 N 114th St<br>Milwaukee WI 53222 | $5.77 | Check #6310822 not presented within 60 days under $25.00. |
| 16) | 11-43334 | Erickson, Lenore L | Lenore L Erickson<br>1460 White Chapel Lane<br>Algonquin IL 60102 | $0.25 | Check #6311625 not presented within 60 days under $25.00. |

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 17) | 10-02884 | Robinson, Donnell Tyre | Impact Cash USA Inc<br>PO Box 6243<br>North Logan UT 84341 | $22.70 | Check #6312648 returned bad address under $25.00. |
| 18) | 10-05549 | Stoeckel, Robert S<br>Stoeckel, Lori A | The Sagres Company<br>% HSBC<br>PO Box 1390<br>Brentwood CA 94513 | $52.09 | Checks #1586820 & #6311206 not presented within 60 days-unable to locate creditor. |
| 19) | 10-17190 | Tippett, Marlene K | Marlene K Tippett<br>538 Stough Circle<br>Wilmington IL 60481 | $1.00 | Check #6310109 not presented within 60 days under $25.00. |
| 20) | 10-46414 | Kupiec, Veronica | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>New Lenox IL 60451 | $24.19 | Check #1587730 not presented within 60 days under $25.00. |
| 21) | 10-49759 | Bowman, Michael<br>Bowman, Karla | Michael & Karla Bowman<br>79 Joyce Street<br>Sugar Grove IL 60554 | $1,302.39 | Checks #6311289 & #6310735 not presented within 60 days-unable to locate debtor. |
| 22) | 10-55523 | Johnson, Tamie Jo | Tamie Jo Johnson<br>6132 Colfax Ave<br>Lincoln NE 68507 | $6.42 | Check #6310138 not presented within 60 days under $25.00. |
| 23) | 09-35758 | Bruno, Thomas J<br>Bruno, Jamie M | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>New Lenox IL 60451 | $5.00 | Check #1587730 not presented within 60 days under $25.00. |
| 24) | 09-36096 | Kulesza, Kenneth R<br>Kulesza, Debra L | Kenneth R & Debra L Kulesza<br>2150 Wildwood Lane<br>Hanover Park IL 60133 | $3.00 | Check #6310164 not presented within 60 days under $25.00. |
| 25) | 09-36949 | Aller, James P<br>Aller, Margaret | Indianapolis Water<br>PO Box 1990<br>Indianapolis IN 46206-1990 | $8.09 | Check #1594903 returned bad address under $25.00. |
| 26) | 09-37846 | Green, Arthur W<br>Green, Susan A | Springleaf Financial Services<br>PO Box 3637<br>Evansville IN 47735-3637 | $0.07 | Check #6311123 not presented within 60 days under $25.00. |
| 27) | 09-39042 | Rowden, David T<br>Rowden, Kelly J | David T & Kelly J Rowden<br>34844 N Robin Rd<br>Ingleside IL 60041 | $1.00 | Check #6311325 not presented within 60 days under $25.00. |
| 28) | 09-39079 | Berry, Brian P<br>Berry, Barbara A | Brian P & Barbara A Berry<br>19145 John Kirkham Dr<br>Lockport IL 60441 | $9.11 | Check #6310116 not presented within 60 days under $25.00. |
| 29) | 09-39370 | Evans-Walker, Benita Y | Advance America<br>135 N Church St<br>Spartanburg SC 29306 | $239.62 | Checks #1535129 & #1526795 not presented within 60 days-unable to locate creditor. |
| 30) | 09-41183 | Pedroza, Daniel S | Daniel S Pedroza<br>28 N Metropolitan Ave<br>Waukegan IL 60085 | $1.41 | Check #6311544 not presented within 60 days under $25.00. |
| 31) | 09-44170 | Bergeron, Steven R<br>Bergeron, Sandy J | Steven R & Sandy J Bergeron<br>5942 Greenview Rd 167-G<br>Lisle IL 60532 | $5.00 | Check #6311538 not presented within 60 days under $25.00. |

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases

Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 32) | 09-44253 | Anderson, Joseph D | Joseph D Anderson<br>13725 Jane Circle<br>Plainfield IL 60544 | $11.66 | Check #6310060 not presented within 60 days under $25.00. |
| 33) | 09-44528 | Partee, Evon L | We Offer Cash<br>2150 S 1300 East #500<br>Salt Lake City UT 84106 | $48.90 | Check #1582766 returned bad address-unable to locate creditor. |
| 34) | 09-45457 | Szwab, Andrzej | Andrzej Szwab<br>1327 Key West Drive<br>Lockport IL 60441 | $11.00 | Check #6311696 not presented within 60 days under $25.00. |
| 35) | 09-45669 | Datoli II, Anthony J<br>Datoli , Heather J | Robert W Goldsmith<br>5 Old Frankfort Way<br>Frankfort IL 60423 | $545.29 | Check #6312240 returned-Attorney not available at this time. |
| 36) | 09-45924 | Macvicar, James C<br>Macvicar, Linda J | James C & Linda J Macvicar<br>9171 W Maple Hill Drive<br>Boise ID 84704 | $0.18 | Check #6311577 not presented within 60 days under $25.00. |
| 37) | 09-48304 | Jordan, Regina | PayDay Loan Store<br>147 W Roosevelt Road<br>West Chicago IL 60185 | $62.92 | Checks #1590151 & #1587427 not presented within 60 days-unable to locate creditor. |
| | | | | $14,206.89 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check number #6313884 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee

2/26/15